UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00292-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | ORDER TO SEAL |
| KURT MICHAEL KROL | ) | |

On motion of Defendant, Kurt M. Krol, and for good cause shown, it is hereby

ORDERED that the [DE 34] be sealed until further notice by this Court.

IT IS SO ORDERED.

This  31st  day of March, 2017.

_____
Louise W. Flanagan
District Judge