IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-292-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KURT MICHAEL KROL, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's application (D.E. 64) for a writ of garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(b)(1), upon the judgment (D.E. 55) entered against defendant. As required, the government has included in its application: (1) "the judgment debtor's name, social security number . . . , and last known address"; (2) "the nature and amount of debt owed and the facts that not less than 30 days has elapsed since demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due"; and (3) "the garnishee is believed to have possession of property . . . in which the debtor has a substantial nonexempt interest." 28 U.S.C. § 3205(b)(1).

Therefore, the government's application for writ of garnishment is GRANTED and the Clerk is DIRECTED to issue the writ.

SO ORDERED, this 27th day of July 2017.

_____
James E. Gates
United States Magistrate Judge