IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-292-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KURT MICHAEL KROL, | ) | |
| | ) | |
| Defendant. | ) | |

This case is again before the court on the government's applications (D.E. 63, 65, 66) for writs of garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(b)(1), upon the judgment (D.E. 55) entered against defendant. The court has considered the government's memorandum (D.E. 77) in response to the court's order to show cause (D.E. 73) solely with respect to the issue of the propriety of allowance of the government's applications at this time. Nothing herein shall be deemed to address the other issues discussed by the government. The court finds that the applications meet the requirements for issuance under 28 U.S.C. § 3205(b)(1) and should be allowed.

Therefore, the government's applications for writs of garnishment (D.E. 63, 65, 66) are ALLOWED, and the Clerk is DIRECTED to issue the writs.

The court's disposition of the government's applications moots any response by Regina Krol and Universal Mania, Inc. to the government's memorandum. Any matters Regina Krol and Universal Mania, Inc. may have sought to assert in a response may be raised in subsequent proceedings to the extent otherwise permitted by law.

SO ORDERED, this 8th day of August 2017.

_____
James E. Gates
United States Magistrate Judge