IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-292-FL

UNITED STATES OF AMERICA )
)
v. )
)
KURT MICHAEL KROL )

**ORDER CANELLING STATUS CONFERENCE**

On motion by the Government, and with no opposition by defendant, the status conference set for August 22, 2017 is hereby cancelled.

SO ORDERED this __21__ day of August, 2017.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

1