IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-292-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KURT MICHAEL KROL, | ) | |
| | ) | |
| Defendant. | ) | |

The forfeiture proceeding in this case comes before the court on the petition (D.E. 70) by the Cumberland County Tax Collector ("County") seeking preservation of a tax lien on real property forfeited by defendant Kurt Michael Krol, specifically the real property located at 201 Forest Creek Drive, Fayetteville, North Carolina.[1]

IT IS HEREBY ORDERED as follows:

1. Any hearing required and all other proceedings on the County's petition shall be consolidated with any hearing required and all other proceedings on the joint petition (D.E. 61) filed by Regina Krol and Universal Mania, Inc. ("Universal") on 13 June 2017 ("joint petition"). *See* 21 U.S.C. § 853(n)(4) (allowing for consolidation of hearings on petitions filed under 21 U.S.C. § 853(n)).

2. Pursuant to such consolidation, the County may participate in the discovery proceedings provided for in the court's 20 July 2017 Order (D.E. 68 at pp. 2-3), which shall be completed by 25 January 2018.

3. Absent further order of the court:

---

[1] Cumberland County alleges that "this property is also known as and is recorded in Cumberland County's tax records as 209 Northstone Place, Fayetteville, North Carolina." County's Pet. 1.

a. If the County's petition and/or joint petition are resolved by agreement, the parties to the agreement shall file a notice to that effect with a proposed order reflecting the agreed resolution within 14 days after reaching such agreement.

b. If the County's petition and/or the joint petition are not resolved by agreement, the parties not reaching agreement shall file within 14 days after the completion of discovery a joint notice describing the status of this matter and setting out a proposed schedule for any further proceedings the parties not reaching agreement seek. Any hearing required will be scheduled after review of such notice.

SO ORDERED, this 23rd day of August 2017.

_____
James E. Gates
United States Magistrate Judge