IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15CR00292-001FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | |
| v. ) | |
| KURT MICHAEL KROL, ) | ORDER TO UNSEAL |
|            Defendant, ) | |
| v. ) | |
| ALL AMERICAN HOMES INC., ) | |
|            Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #123], Renewed Application for Writ of Garnishment [DE #128], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #132], the government's motion to seal and supporting memorandum [DE #124-25], its renewed motion to seal and supporting memorandum [DE #129-30], and the Court's order to seal [DE #131] in the above-captioned case be unsealed.

This the  18th  day of  December , 2017.

_____
LOUISE W. FLANAGAN
United States District Judge