UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-292-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br>KURT MICHAEL KROL,<br>　　　　Defendant,<br><br>　v.<br><br>ALL AMERICAN HOMES, INC.,<br>　　　　Garnishee. | CONSENT ORDER |

By joint motion, Petitioner Regina Krol and the United States moved for entry of the following Consent Order. This Joint Motion is Granted.

The Court hereby orders All American Homes, Inc. to release half of all rental income that has been withheld heretofore pursuant to the writ of garnishment issued to it [D.E. 132], and to withhold only half of all rental income received in the future. Provided, however, that half of its 10 percent administrative fee should be taken (now and in the future) from the released funds and half should be taken from the withheld funds.

SO ORDERED.

This the 10th day of April, 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE