IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15CR00292-001FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| KURT MICHAEL KROL, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| TD BANK, N.A., | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #145] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #158] in the above-captioned case be unsealed.

This the __3rd__ day of ____May____, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge