IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-292-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KURT MICHAEL KROL | ) | |

On motion by the Government, with the consent of the petitioner, it is

ORDERED that the hearing on the petition of the Cumberland County Tax Collector currently scheduled for July 6, 2018 at 2:00 p.m. is cancelled.

SO ORDERED, this 22nd day of June, 2018.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE