```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION
                   NO. 5:15-CR-292-FL
```

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
        v.                     )
                               )
KURT MICHAEL KROL,             )
                               )
    Defendant.                 )

## ORDER CANELLING HEARING

For good cause shown on motion by the Government, and with no opposition by petitioners, the hearing set for November 1, 2018 is hereby cancelled.

SO ORDERED this __26th__ day of October, 2018.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

1