IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KURT MICHAEL KROL,
         Petitioner,

v.                                     **Judgment in a 2255 Case**

UNITED STATES OF AMERICA,
         Respondent.            Criminal Case No. 5:15-CR-292-FL-1
                                               Civil Case No. 5:18-CV-225-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the government's motion to dismiss and on the memorandum and recommendation of United States Magistrate Judge James E. Gates.

**IT IS ORDERED AND ADJUDGED** that the court adopts the recommendation of the magistrate judge as its own, the government's motion to dismiss is granted, and this action is hereby dismissed.

This Judgment Filed and Entered on March 24, 2020, with service on

| | |
|---|---|
| Kurt Michael Krol  61000-056<br>Beaumont Low - F.C.I.<br>P.O. Box 26020<br>Beaumont, TX 77720 | (via U.S. Mail) |
| Joshua B. Royster<br>United States Attorney's Office - EDNC<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | (via CM/ECF Notice of Electronic Filing) |

March 24, 2020                                       PETER A. MOORE, JR., CLERK
                                                          /s/ M. Castania
                                                          By M. Castania, Deputy Clerk